**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MYRON PRIEST,** | ) | **Case No. 1:08 CV 2028** |
| | ) | |
| Petitioner, | ) | **Judge Dan Aaron Polster** |
| | ) | |
| vs. | ) | <u>**JUDGMENT ENTRY**</u> |
| | ) | |
| **STUART HUDSON, WARDEN,** | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED AND DECREED** that the above-captioned case is hereby terminated and dismissed as final.

Furthermore, pursuant to 28 U.S.C. §2253(c) and Fed. R. App. P. 22(b), there is no basis upon which to issue a certificate of appealability. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

>  */s/Dan Aaron Polster     November 25, 2009*
> **Dan Aaron Polster
> United States District Judge**